# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERRY L. FLANAGAN

NO. 2022 KW 0174

MARCH 28, 2022

---

In Re:    Terry L. Flanagan, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-17-0511.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.** The district court is proceeding toward disposition of relator's request for an out-of-time appeal.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT